No. 459. NATIONAL LABOR RELATIONS BOARD *v.* AMERICAN THREAD CO. 

No. 460. NATIONAL LABOR RELATIONS BOARD *v.* NINA DYE WORKS CO., INC. 

 *Per Curiam:* The petitions for writs of certiorari are granted and the judgments are reversed. *Labor*

*Board* v. *Dant, ante,* p. 375, decided this day. *Acting Solicitor General Stern* and *George J. Bott* for petitioner.